

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tevin Raymond Wilson, Appellant

No. 06-24-00036-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 20F1289-202).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Tevin Raymond Wilson, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 8, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk